[No. 29059-0-III.   Division Three.   July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY JEAN ALLSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00131-3, Craig J. Matheson, J., entered July 8, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.

[No. 29128-6-III.   Division Three.   July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DESHAWN THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-01147-1, Vic L. VanderSchoor, J., entered June 4, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29265-7-III.   Division Three.   July 19, 2011.]

DOUGLAS CAMPBELL ET AL., *Appellants*, v. DONALD W. OAKLAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 09-2-00530-6, Scott R. Sparks, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J, and Brown, J.

[No. 28874-9-III.   Division Three.   July 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN M. SMILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-8-00223-0, John D. Knodell III, J., entered March 8, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.